760

## Commonwealth *v.* Burton, Appellant.

Submitted November 10, 1971. *Timothy J. Sullivan, Jr.* and *John J. Dean,* Assistant Public Defenders, and George H. Ross, Public Defender, for appellant; *Carol Mary Los* and *Robert L. Campbell,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Carmichael, Appellant.

Submitted November 11, 1971. *Timothy J. Sullivan, Jr.,* and *John J. Dean,* Assistant Public Defenders, and *George H. Ross,* Public Defender, for appellant; *Carol Mary Los* and *Robert L. Campbell,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Carr, Appellant.

Submitted November 8, 1971. *John D. Petruso,* for appellant; *Bruce L. Smith,* Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.